IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARVIN E. McCOY,

        Petitioner,

    v.

BRIAN BELLEQUE,

        Respondent.

CV. 05-1139-PA

ORDER

PANNER, District Judge.

    Petitioner's Motion for Voluntary Dismissal (#9) is GRANTED. This habeas corpus case is DISMISSED, without prejudice to petitioner's right to refile the action upon the conclusion of his state post-conviction case.

    IT IS SO ORDERED.

    DATED this  12  day of April, 2006.

                                    _____
                                    Owen M. Panner
                                    United States District Judge

1 - ORDER